BRUCE COONS v. THE BOROUGH OF GLASSBORO.

February 23, 1988.

Petition for certification denied.

DIANE GOLEC v. K-MART CORPORATION.

February 23, 1988.

Petition for certification denied.

MARK SANDLER v. CARMEN DOMENECH AND
GEORGE A. TSOUGARAKIS.

February 23, 1988.

Petition for certification denied.

JEAN RUOCCO v. JUANDELA C. TORRES.

February 23, 1988.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. DAVID MANNSON.

February 23, 1988.

Petition for certification denied.   (See 220 *N.J.Super.* 566)